IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHANI ESPINOZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-cv-0878-E |
| | § | |
| CAREERSTAFF UNLIMITED, INC., | § | |
| | § | |
| Defendant. | § | |

# JUDGMENT

This Judgment is issued pursuant to the Court's Memorandum Opinion and Order of this same date in which the Court granted Defendant's Motion to Compel Arbitration.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff Stephani Espinoza's claims against Defendant CareerStaff Unlimited, Inc. shall be arbitrated, and this action is dismissed with prejudice, with each party to bear its own costs.

**SO ORDERED.**

Signed February 2, 2022.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE